UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maria Swelam,

            Plaintiff,

-against-

Daniel Pelletier and Transport Sylvester & Forget, Inc.,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2021

1:21-cv-02905 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. The deadline to file an amended pleading is July 30, 2021.

2. The deadline for the completion of fact discovery is October 29, 2021.

3. The deadline for the completion of expert discovery is December 31, 2021.

Extensions shall be granted for good cause shown.

**SO ORDERED.**

DATED:    New York, New York
            June 29, 2021

_____
STEWART D. AARON
United States Magistrate Judge