UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA SWELAM,

                Plaintiff,

  -v-

DANIEL PELLETIER and TRANSPORT SYLVESTER & FORGET, INC.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 2905 (SDA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      The Honorable Stewart D. Aaron has referred this matter for a settlement conference. Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Wednesday, January 12, 2022 at 3:00 pm** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:      New York, New York
              January 4, 2022

                                          SO ORDERED.

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**